IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

BOBBY REX STRIBLING, JR.,            )
                                     )
       Plaintiff,                    )
                                     )
v.                                   )    CV 325-046
                                     )
MARTIN O'MALLEY, Social Security     )
Commissioner, and SOCIAL SECURITY    )
ADMINISTRATION,                      )
                                     )
       Defendants.                   )

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JUN 23 2025

FILED

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (See doc. no. 10.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES IN PART** Plaintiff's motion as to his request to "stay and abey" this case, **GRANTS IN PART** Plaintiff's motion as to his request to dismiss this case, (doc. no. 7), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 23rd day of June, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE